UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicholls AHMad

_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

State of New York City
Police Department 69th pricnt

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

**AHMad** _____ **Nicholls** _____
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

**AHMad Nicholls #895-20-00760  NYSID #09077925N  Doc.**
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

**O.B.C.C. 1600 Hazen Street East Elmhurst, NY 11370 D.O.C**
Current Place of Detention

**1600 Hazen Street East Elmhurst, NY 11370**
Institutional Address

**Bronx** _____ **NY** _____ **11370**
County, City       State       Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: **N/A under protective order**
First Name / Last Name / Shield #

**DETECTIVE**
Current Job Title (or other identifying information)

**69 PRECINT KINGS COUNTY**
Current Work Address

**KINGS** / **NY** / **11234**
County, City / State / Zip Code

Defendant 2: **Nicholas Gigante** / **N/A**
First Name / Last Name / Shield #

**Detective**
Current Job Title (or other identifying information)

**69th pricnt kings county**
Current Work Address

**Kings** / **NY** / **11234**
County, City / State / Zip Code

Defendant 3: **Angela Crenshaw** / **1594**
First Name / Last Name / Shield #

**Police officer**
Current Job Title (or other identifying information)

**69th Pricint**
Current Work Address

**~~69th~~ Kings** / **NY** / **11234**
County, City / State / Zip Code

Defendant 4: **Marisa Louis-Jean** / **740**
First Name / Last Name / Shield #

**Police officer**
Current Job Title (or other identifying information)

**69 pricint**
Current Work Address

**Kings** / **NY** / **11234**
County, City / State / Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Kings County

Date(s) of occurrence: 11-11-20

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I Ahmad J. Nicholls has currently incarcerated since December 11, 2020 for an incident that happened on Nov 11, 2020. I am being wrongfully accused of first degree attempted murder on an off duty police officer. I am the only person that suffered injurys. The same officer off duty shot me 2 times causing me to have two calapsed lugs, kidneys, liver, stomach ect, surgery. The charges which was the top count of the indidment of first degree attempted murder on an off duty police officer was dismiss on 7-7-22.

Case 1:23-cv-07957-RER-CLP    Document 1    Filed 09/29/23    Page 8 of 13 PageID #: 8

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Two calasped lungs, Kidneys, liver, Stomach, Ect. Surgerys.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

3-Million Dollors puntive damages of Voilation of civil Rights and or other relief the Court may deem.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

9-16-23
Dated

Plaintiff's Signature

First Name: Ahmad
Middle Initial: J.
Last Name: Nicholls

Prison Address: 1600 Hazen Street

County, City: East Elmhurst
State: NY
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 9-19-23

Page 6

