```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AHMAD J. NICHOLLS,                                                    MEMORANDUM AND ORDER
                                                                      23-CV-07957 (RER) (CLP)
                        Plaintiff,

        -against-


STATE OF NEW YORK CITY; POLICE
DEPARTMENT 69th PRECINCT,

                        Defendants.
-----------------------------------------------------------------x
```

RAMÓN E. REYES, JR., United States District Judge:

*Pro se* Plaintiff, who is currently detained at the Otis Bantum Correctional Center ("OBCC") on Rikers Island,[1] brought this action under 42 U.S.C. § 1983, alleging that Defendants violated his rights in connection with an arrest in Kings County and subsequent criminal proceedings. (ECF No. 1.) On January 23, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* solely for the purpose of the Memorandum and Order, and dismissed the complaint for failure to state a claim upon which relief may be granted. (ECF No. 11). Plaintiff was granted leave to file an amended complaint within thirty days. Plaintiff was informed that if he failed to file an amended complaint within the time allowed or show good cause why he could not comply, judgment may enter. (*Id.*)

To date, Plaintiff has not filed an amended complaint or otherwise contacted the Court. Accordingly, this action is now closed. The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3), that any appeal from this order would not be taken in good faith and, therefore, in

---

[1] Plaintiff's correct name is Ahmad J. Nicholls. (ECF No. 1 at pg 11.). *See also* https://a073-ils-web.nyc.gov/inmatelookup/pages/home/home.jsf (last visited Mar. 20, 2024).

1

forma pauperis status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to enter judgment, close this action, and mail a copy of this Order to Plaintiff.

SO ORDERED

Hon. Ramón E. Reyes, Jr.  Digitally signed by Hon. Ramón E. Reyes, Jr.
                          Date: 2024.03.21 13:40:32 -04'00'
_____
RAMÓN E. REYES, JR.
United States District Judge

Dated: March 21, 2024
       Brooklyn, New York

2